UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARIA DIMEGLIO, on behalf of herself and all others similarly situated,<br><br>                      Plaintiffs,<br><br>   -against-<br><br>EVIL BIKES, LLC,<br><br>                      Defendant. | 23-cv-4991 (AS)<br><br>NOTICE OF REASSIGNMENT |

ARUN SUBRAMANIAN, United States District Judge:

    This case has been reassigned to the undersigned. All counsel must familiarize themselves with the Court's Individual Practices, which are available at https://nysd.uscourts.gov/hon-arun-subramanian. Unless and until the Court orders otherwise, all prior orders, dates, and deadlines shall remain in effect notwithstanding the case's reassignment.

    Additionally, on August 11, 2023, Defendant filed a letter requesting a pre-motion conference to discuss Defendant's anticipated motion to dismiss (Dkt. No. 10). The pre-motion conference is DENIED as unnecessary. Defendant may file a motion to dismiss no later than **August 25, 2023**.

    SO ORDERED.

Dated: August 15, 2023
       New York, New York

                                                  ARUN SUBRAMANIAN
                                                United States District Judge